# PD-0711-15

NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

STEPHEN ALBRO JR.

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

From Appeal No. 12-14-00182-CR

Trial Cause No. 2013-0614

Angelina County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Stephen Albro Jr., Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appeallant shows the Court the following:

### I.

The Petitioner was convicted in the 217th District Court of Angelina County, Texas of the offense of Burglary of a Habitation in Cause No. 2013-0614, styled State of Texas vs. Stephen Albro Jr. The Petitioner appealed to the Court of Appeals, Twelfth Court of Appeals District of Texas. The case was affirmed on May 13, 2015.

1

## II.

The present deadline for filing the Petition for Discretionary Review is June 13, 2015. the Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until May 18, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Albert J. Charanza, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 12-14-00182-CR to August 12, 2015.

Petitioner, pro se
TDCJ-CID
Hightower Unit
902 FM 686
Dayton, Texas 77535

2

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been served by placing it in the United States mail, postage prepaid, on June 5, 2015, addressed to:

District Attorney                    &          Office of The Attorney General
Art Bauereiss                                   Postconviction Appeals Division
PO Box 908                                      PO Box 12548
Lufkin, Texas 75902-0908                        Austin, Texas 78711-2548

JURAT

Pursuant to Section 132.001-132.003 of the V.T.C.A. Civil Practice and Remedies Code, I declare under penalty of perjury, that the foregoing is all true and correct.

"My name is Stephen Albro Jr. my date of birth is July 2, 1990, and my inmate identifying number, if any, is 1940265. I am presently incarcerated in L.V. Hightower Unit in Dayton, Liberty County, Texas, 77535.

Executed in Liberty County, State of Texas, on this the 4th day of June, 2015.

/s/ _Stephen Albro Jr_
Stephen Albro Jr.
Affiant/Declarant"

4